AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | United States Courts<br>Southern District of Texas<br>FILED |
| v. | ) | *April 24, 2026* |
| | ) | |
| Dezavy TURNER | ) Case No. | Nathan Ochsner, Clerk of Court |
| | ) | **4:26-mj-275** |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 5, 2026 _____ in the county of _____ Walker _____ in the

_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_SA 6716_

*Complainant's signature*

Robert Frese, Special Agent, ATF

*Printed name and title*

Sworn to before me and signed by telephone

Date: _____ April 24, 2026 _____

*Judge's signature*

City and state: _____ Houston, Texas _____   Honorable Yvonne Y. Ho, U.S. Magistrate Judge

*Printed name and title*

**4:26-mj-275**

**ATTACHMENT A**

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Robert Frese, being duly sworn, depose and state the following:

1.     I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) and have been since May of 2022.  As a Special Agent, my principal duties include investigations into the illegal possession and use of firearms by prohibited persons, burglaries, and robberies of Federal Firearms Licensee (FFLs), the criminal use of firearms in furtherance of violent crimes, organized crime, unlicensed dealing of firearms, and the illegal smuggling/trafficking of firearms domestically and internationally. Prior to my employment with ATF, I was a State Trooper in the Georgia State Patrol, for approximately three (3) years. I was previously assigned to the ATF Houston Group V, Crime Gun Strike Force from January of 2023 to March of 2024.  From March 2024 to October 2025 I was assigned to the ATF Houston Group IX, Firearms Trafficking Task Force (FTTF) in the ATF Houston Field Division. I am Currently assigned to ATF Houston II- Texas Anti-Gang Center, investigating violent criminal street gangs. As a State Trooper, I served in numerous different assignments including patrol, the motorcycle unit and on the State of Georgia Special Weapons and Tactics Team. During this time, I investigated numerous misdemeanor and felony violations of state law. Furthermore, I obtained my bachelor's degree in Criminal Justice from The University of Mississippi.

2.     I make this Affidavit in support of a criminal complaint to be presented to the United States District Court for the Southern District of Texas in the matter of United States v. **Dezavy TURNER.**

1

3.      This complaint charges that on or about **April 5, 2026,** in the Southern District of Texas, **TURNER**, a convicted felon, unlawfully possessed a firearm in violation of Title 18 U.S.C. Section 922(g)(1).

4.      The facts contained in this affidavit are based upon my personal investigation and information provided to me by other law enforcement officers. This is a summary of the basic facts and not a complete description of all the information in the case. It is intended solely to demonstrate that there is sufficient evidence to establish probable cause that **TURNER** committed the crime in question.

5.      On **April 05, 2026,** at approximately 1445 hours, Huntsville Police Department was conducting stationary patrols on Interstate 45 at mile marker 121 in Walker County. Huntsville Police Department (HPD) Officer Kameron Alexander observed a Black Mercedes (Texas License Plate:WSF6788) traveling South on Interstate 45 (I-45S); he observed the vehicle following extremely close to the vehicle in front of it. The Black Mercedes was following at a distance where there was not a clear distance, considering the speeds, where they could not safely avoid a collision, if need be, in violation of Texas law. Officer Alexander initiated a traffic stop at the 113 mile marker of I-45 S, in Walker County, located inside the Southern District of Texas.

6.      As the vehicle was pulling to the shoulder of the interstate, Officer Alexander observed the passenger, later identified as **TURNER**, begin immediately reaching around the passenger compartment of the vehicle. He observed **TURNER** reach into the back of the vehicle and then reach under his seat.

7.      Once the vehicle came to a stop on the shoulder of the interstate, Officer Alexander approached the vehicle on its passenger side, where he made contact with the driver. The driver was identified as Korian Attaway, who was also found to be the registered owner of the vehicle.

2

The passenger was identified as **Dezavy TURNER**. **TURNER** and Attaway were the sole occupants of the vehicle.

8. While at the passenger side of the vehicle, Officer Alexander noticed the strong odor of Marijuana emitting from the passenger compartment of the vehicle. Officer Alexander asked if there were any illegal items inside of the vehicle, and both Attaway and **TURNER** stated that there were not. However, **TURNER** handed Officer Alexander two white paper bags containing numerous sealed bags of marijuana. Officer Alexander then asked both occupants to exit the vehicle; he placed them both in front of his vehicle.

9. Officer Alexander conducted a probable cause search of the vehicle due to the odor of Marijuana emitting from the passenger compartment, as well as the Marijuana that was turned over by **TURNER**. While conducting a search of the vehicle, Officer Myers (HPD) located a Glock, Model 26, 9mm pistol, S/N: ADGK089, located under the passenger seat, where **TURNER** was sitting and the area he was reaching to while being pulled over.

10. Officer Alexander interviewed Korian Attaway, who stated that she did not know there was a firearm inside of the vehicle and further stated that the firearm was not hers. **TURNER** was transported to the Huntsville Police Department where ATF SA Robert Frese attempted to interview him, **TURNER** stated that he did not wish to speak to law enforcement.

11. SA Frese knows through his training and experience that Glock, Model 26, 9mm pistols are manufactured in Austria and the State of Georgia, and not in the State of Texas. Therefore, the firearm has traveled in interstate commerce.

12. On **August 5, 2016,** in the 179th District Court of Harris County, **TURNER** was convicted of Possession of Cocaine, a third-degree felony, for which he was sentenced to serve 2 years in the Texas Department of Corrections.

13.     Based on the foregoing facts, I believe that probable cause exists to establish that **Dezavy TURNER**, a convicted felon, unlawfully possessed a firearm in violation of Title 18, United States Code, § 922(g)(1) on **April 5, 2026**.

Robert Frese
Special Agent, Bureau of Alcohol, Tobacco,
Firearms and Explosives (ATF)

SUBSCRIBED AND SWORN TO me telephonically this __24th__ day of April 2026, and I find probable cause.

The Honorable Yvonne Y. Ho
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF TEXAS

4